Thomas Rubinsky (SBN 302002)
Thomas.rubinsky@halpernmay.com
HALPERN MAY YBARRA GELBERG LLP
550 South Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1900
Facsimile: (213) 402-1901

Robert K. Kry (pro hac vice)
rkry@mololamken.com
Jackson A. Myers (pro hac vice)
jmyers@mololamken.com
MOLO LAMKEN LLP
600 New Hampshire Ave., N.W., Suite 500
Washington, D.C. 20037
Telephone: (202) 556-2011
Facsimile: (202) 556-2001

Attorneys for Petitioner
GATE GOURMET KOREA CO., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GATE GOURMET KOREA CO., LTD., a Korean company, <br><br> Petitioner, <br><br> v. <br><br> ASIANA AIRLINES, INC., a Korean company, <br><br> Respondent. | CASE NO. 2:24-cv-01265-RGK-PD <br><br> **PETITIONER'S RESPONSE TO RESPONDENT'S OBJECTIONS TO DECLARATION OF ROBERT K. KRY** <br><br> Before: Hon. R. Gary Klausner <br> Date: June 3, 2024 <br> Time: 9:00 a.m. <br> Place: Courtroom 850, 8th Floor Roybal Federal Building and U.S. Courthouse |

# PETITIONER GATE GOURMET'S RESPONSES TO ASIANA'S OBJECTIONS TO THE DECLARATION OF ROBERT K. KRY

| OBJECTED-TO MATERIAL | GROUNDS FOR OBJECTION | RESPONSE TO OBJECTION |
|---|---|---|
| Objection 1:<br><br>9. Attached hereto as Exhibit 8 are true and correct copies of supporting documentation for certain foreign exchange rates I obtained from the website of OANDA FX Data Services at https://www.oanda.com/currency-converter.<br><br>¶ 9, lns. 3-5, Exh. 8 (in its entirety) | **No Authentication (Fed. R. Evid. 901).** Exhibit 8 is not authenticated by any evidence cited by or attached to the declaration.<br><br>**Hearsay (Fed. R. Evid. 801, 802).** The documentation attached as Exhibit 8 contains inadmissible, out-of-court statements offered to prove the truth of the matters stated. | Published currency exchange rates are subject to judicial notice. Fed. R. Evid. 201(b)(2); *NextWave Marine Sys., Inc. v. M/V Nelida*, 500 F. Supp. 3d 1162, 1165 n.1 (D. Or. 2020); *Waterford Twp. Police v. Mattel, Inc.*, 321 F. Supp. 3d 1133, 1143 (C.D. Cal. 2018); *Yang Ming Marine Transp. v. Oceanbridge Shipping Int'l*, No. 97-cv-8550 DT, 1999 WL 1046580, at *6 (C.D. Cal. May 24, 1999).<br><br>Alternatively, the Kry Declaration sufficiently authenticates the webpages. Fed. R. Evid. 901(b)(1); Kry Decl. ¶ 9. |
| Objection 2:<br><br>10. Attached hereto as Exhibit 9 is a true and correct copy of a claim calculation that I prepared showing the interest due on the award, as ordered by the tribunal's Final Award and Addendum, and converting the foreign currency portions of the | **Improper Opinion Testimony by Lay Witness and Purported Expert Opinion. (Fed. R. Evid. 701, 702).** Mr. Kry has not been qualified as an expert to testify regarding the claim calculation he references and attaches as Exhibit 9, which is a matter that requires technical and/or | Prejudgment interest calculations are straightforward mathematical calculations and do not require expert testimony. *Walsh v. Wellfleet Commc'ns*, No. 20-16385, 2021 WL 4796537, at *2 (9th Cir. Oct. 14, 2021); *Bryant v. Farmers Ins. Exch.*, 432 F.3d 1114, 1121, 1124 |

| | | |
|---|---|---|
| award into U.S. dollars using the exchange rates prevailing at the date of the Award. I obtained the KORIBOR interest rates used in the calculation by downloading historical KORIBOR data from the Korea Federation of Banks website at https://www.kfb.or.kr/eng/koribor/koribor.php.<br><br>¶ 10, lns. 6-12, Exh. 9 (in its entirety) | other specialized knowledge within the scope of Fed. R. Evid. 702 and thus is not an appropriate subject for a lay witness.<br><br>**Hearsay (Fed. R. Evid. 801, 802).** The documentation attached as Exhibit 9 contains inadmissible, out-of-court statements offered to prove the truth of the matters stated. | (10th Cir. 2005); *United States v. Sepulveda-Hernandez*, 752 F.3d 22, 34-35 (1st Cir. 2014); *LNV Corp. v. Hook*, No. 14-CV-00955, 2018 WL 10245906, at *3 (D. Colo. June 21, 2018).<br><br>Published interest rates are subject to judicial notice. Fed. R. Evid. 201(b)(2); *Resol. Tr. Corp. v. First Am. Bank*, 155 F.3d 1126, 1129 (9th Cir. 1998); *In re Jackson*, 988 F.3d 583, 594 (1st Cir. 2021); *D.E. Shaw Laminar Portfolios, LLC v. Archon Corp.*, 755 F. Supp. 2d 1122, 1129 & n.3 (D. Nev. 2010). |

DATED: May 20, 2024           HALPERN MAY YBARRA GELBERG LLP

By:        /s/ Thomas Rubinsky
                    THOMAS RUBINSKY

*Attorneys for Petitioner*
GATE GOURMET KOREA CO., LTD.