**DENIED BY THE COURT**
**No good cause shown.**

By: _Gary Klausner_

Hon. R. Gary Klausner

U.S. District Judge

Dated: **5/28/2024**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GATE GOURMET KOREA CO., LTD.,
a Korean company,

      Petitioner,

  v.

ASIANA AIRLINES, INC.,
a Korean company,

      Respondent.

Case No. 2:24-cv-01265-RGK-PD

[PROPOSED] ORDER ON
JOINT STIPULATION TO
ADJOURN HEARING AND
STAY PROCEEDINGS

**[42]**

Upon consideration of the Joint Stipulation to Adjourn Hearing and Stay Proceedings submitted by Petitioner Gate Gourmet Korea Co., Ltd. ("Gate Gourmet") and Respondent Asiana Airlines, Inc. ("Asiana") on May 24, 2024, and the accompanying declaration of Lin Zhurong James, and finding good cause therefor,

It is HEREBY ORDERED:

///
///
///

1. The hearing on Gate Gourmet's petition scheduled for June 3, 2024, is hereby ADJOURNED sine die;

2. All further proceedings in this matter are hereby STAYED for a period of _____ days from the date of this Court's order;

3. The parties may jointly request that the Court vacate the stay prior to its expiration to permit the entry of a joint stipulation dismissing this proceeding without prejudice;

4. Absent such a request, the parties shall submit a joint status report to the Court regarding their efforts to reach a final settlement no later than seven days prior to the expiration of the stay.

Entered this ___ day of _____, 2024.

**DENIED BY THE COURT**

_____
R. Gary Klausner
United States District Judge

[PROPOSED] ORDER ON JOINT STIPULATION TO ADJOURN HEARING AND STAY PROCEEDINGS