1 | Thomas Rubinsky (SBN 302002)
  | Thomas.rubinsky@halpernmay.com
2 | HALPERN MAY YBARRA GELBERG LLP
  | 550 South Hope Street, Suite 2330
3 | Los Angeles, California 90071
  | Telephone: (213) 402-1900
4 | Facsimile: (213) 402-1901

5 | Robert K. Kry (pro hac vice)
  | rkry@mololamken.com
6 | Jackson A. Myers (pro hac vice)
  | jmyers@mololamken.com
7 | MOLO LAMKEN LLP
  | 600 New Hampshire Ave., N.W., Suite 500
8 | Washington, D.C. 20037
  | Telephone: (202) 556-2011
9 | Facsimile: (202) 556-2001

10 | Attorneys for Petitioner
   | GATE GOURMET KOREA CO., LTD.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GATE GOURMET KOREA CO., LTD., a Korean company, | CASE NO. 2:24-cv-01265-RGK-PD |
|---|---|
| Petitioner, | **NOTICE OF LODGING OF PROPOSED JUDGMENT** |
| v. | |
| ASIANA AIRLINES, INC., a Korean company, | |
| Respondent. | |

In accordance with this Court's Order of June 17, 2024 granting petitioner Gate Gourmet Korea Co. Ltd.'s petition to enforce an arbitral award against respondent Asiana Airlines, Inc., and directing Gate Gourmet to lodge a proposed judgment (DE 45), Gate Gourmet hereby lodges the attached proposed judgment.  The amount of the proposed judgment is supported by the contemporaneously filed Declaration of Robert K. Kry and the updated claim calculation attached thereto.

The attached proposed judgment does not reflect a recent partial payment that Asiana made in connection with the award.  The parties disagree over how the judgment should be reduced to account for that partial payment.  Gate Gourmet respectfully requests that the Court set a schedule for further submissions addressing that issue before entering judgment, with Asiana's submission due on Thursday, June 27 and Gate Gourmet's response due on Monday, July 1.

DATED:  June 24, 2024                           HALPERN MAY YBARRA GELBERG LLP


By:  _____*/s/ Thomas Rubinsky*_____
            THOMAS RUBINSKY

*Attorneys for Petitioner*
GATE GOURMET KOREA CO., LTD.