# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GATE GOURMET KOREA CO., LTD., a Korean company,<br><br>    Petitioner,<br><br>    v.<br><br>ASIANA AIRLINES, INC., a Korean company,<br><br>    Respondent. | CASE NO. 2:24-cv-01265-RGK-PD<br><br>**[PROPOSED] JUDGMENT** |

## [PROPOSED] JUDGMENT

This Court having issued an Order dated June 17, 2024, granting petitioner Gate Gourmet Korea Co., Ltd.'s petition to enforce an arbitral award against respondent Asiana Airlines, Inc. (DE 45),

Judgment is hereby ENTERED in favor of petitioner Gate Gourmet Korea Co. Ltd. and against respondent Asiana Airlines, Inc. in the amount of USD $52,261,575 as of June 24, 2024.

Post-judgment interest shall accrue as provided by 28 U.S.C. § 1961(a).

Entered this ___ day of _____, 2024.

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE