# EXHIBIT 2

2/11/24, 1:09 PM         Currency Converter | Foreign Exchange Rates | OANDA



# Currency Converter

Over 31 years of currency data. Powered by OANDA

| USD US Dollar | | KRW Korean Won |
|---|---|---|
| 1 | ⇄ | 1,106.55 |
| USD  SGD  GBP  BTC | | KRW  GBP  SGD  ETH |

Date: 18 February 2021

Preview interbank rate: +/- 0%

OANDA's currency calculator tools use OANDA Rates™, the touchstone FX rates compiled from leading market data contributors.



| | Bid Sell 1 USD | Ask Buy 1 USD |
|---|---|---|
| Min | 1,103.42 | 1,105.21 |
| Avg | 1,106.55 | 1,107.98 |
| Max | 1,110.08 | 1,111.26 |

USD/KRW for the 24-hour period ending Wednesday, Feb 17, 2021 23:59 UTC

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

## Live Rates

| Name | Bid | Ask |
|---|---|---|
| EUR/USD | 1.07845 | 1.07862 |
| USD/EUR | 0.92711 | 0.92726 |
| USD/JPY | 149.259 | 149.306 |
| JPY/USD | 0.00670 | 0.00670 |
| BTC/USD | 2024.140 | 2024.580 |

**Exhibit 2, Page 28**

2/11/24, 1:10 PM                               Currency Converter | Foreign Exchange Rates | OANDA



# Currency Converter

Over 31 years of currency data. Powered by OANDA

| USD US Dollar | | GBP Great British Pound |
|---|---|---|
| 1 | ⇄ | 0.72097 |
| USD   SGD   GBP   BTC | | GBP   KRW   SGD   ETH |

Date  ‹  18 February 2021  ›  📅         Preview interbank rate    +/- 0% ⌄   ❓

OANDA's currency calculator tools use OANDA Rates™, the touchstone FX rates compiled from leading market data contributors.



|  | Bid  Sell 1 USD | Ask  Buy 1 USD |
|---|---|---|
| Min | 0.71920 | 0.71927 |
| Avg | 0.72097 | 0.72106 |
| Max | 0.72305 | 0.72312 |

USD/GBP for the 24-hour period ending
Wednesday, Feb 17, 2021 23:59 UTC

30D   60D   90D

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

## Live Rates

| Name | Bid | Ask |
|---|---|---|
| EUR/USD | 1.07845 | 1.07862 |
| USD/EUR | 0.92711 | 0.92726 |
| USD/JPY | 149.259 | 149.306 |
| JPY/USD | 0.00670 | 0.00670 |
| BTC/USD | 2024.140 | 2024.580 |

**Exhibit 2, Page 29**



OANDA FX DATA SERVICES SMARTER DATA

# Currency Converter

Over 31 years of currency data. Powered by OANDA

**USD** US Dollar

**SGD** Singapore Dollar

1

1.3287

USD SGD GBP BTC

SGD GBP KRW ETH

Date 18 February 2021

Preview interbank rate +/- 0%

OANDA's currency calculator tools use OANDA Rates™, the touchstone FX rates compiled from leading market data contributors.

| | Bid Sell 1 USD | Ask Buy 1 USD |
|---|---|---|
| Min | 1.32723 | 1.32738 |
| Avg | 1.32870 | 1.32892 |
| Max | 1.33097 | 1.33116 |

USD/SGD for the 24-hour period ending
**Wednesday, Feb 17, 2021 23:59 UTC**

30D 60D 90D

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

## Live Rates

| Name | Bid | Ask |
|---|---|---|
| EUR/USD | – 1.0784$^{5}$ | 1.0786$^{2}$ |
| USD/EUR | – 0.9271$^{1}$ | 0.9272$^{6}$ |
| USD/JPY | – 149.25$^{9}$ | 149.30$^{6}$ |
| JPY/USD | – 0.0067$^{0}$ | 0.0067$^{0}$ |
| [illegible]USD | – 2024.14$^{0}$ | 2024.58$^{0}$ |