Thomas Rubinsky (SBN 302002)
Thomas.rubinsky@halpernmay.com
HALPERN MAY YBARRA GELBERG LLP
550 South Hope Street, Suite 2330
Los Angeles, California 90071
Telephone:  (213) 402-1900
Facsimile:   (213) 402-1901

Robert K. Kry (pro hac vice)
rkry@mololamken.com
Jackson A. Myers (pro hac vice)
jmyers@mololamken.com
MOLO LAMKEN LLP
600 New Hampshire Ave., N.W., Suite 500
Washington, D.C. 20037
Telephone:  (202) 556-2011
Facsimile:   (202) 536-2011

Attorneys for Petitioner
GATE GOURMET KOREA CO., LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GATE GOURMET KOREA CO., LTD., a Korean company,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ASIANA AIRLINES, INC., a Korean company,<br><br>　　　　　　Respondent. | Case No. 2:24-cv-01265-RGK-PD<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS on February 15, 2024, petitioner Gate Gourmet Korea Co., Ltd. ("Gate Gourmet") filed a petition seeking to enforce an arbitral award against respondent Asiana Airlines, Inc. ("Asiana") (ECF No. 1);

WHEREAS on June 17, 2024, this Court entered an order granting the petition and confirming the award (ECF No. 45);

WHEREAS on June 26, 2024, this Court entered judgment in favor of Gate Gourmet and against Asiana (ECF No. 48) (the "Judgment");

WHEREAS Asiana has made payments on the award that Gate Gourmet and Asiana agree constitute full and complete satisfaction of the Judgment, including all accrued post-judgment interest; and

WHEREAS there are no outstanding executions on the Judgment with any sheriff or marshal.

THEREFORE, Gate Gourmet hereby acknowledges full and complete satisfaction of the Judgment, including all accrued post-judgment interest.

DATED: July 18, 2024          HALPERN MAY YBARRA GELBERG LLP

By:     */s/ Thomas Rubinsky*
              THOMAS RUBINSKY

*Attorneys for Petitioner*
*GATE GOURMET KOREA CO., LTD.*